**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor,<br>United States Department of Labor | PLAINTIFF |
| v.                   Civil No. 09-2161 | |
| DIRECT WORKFORCE, INC., f/k/a DIRECT<br>MARINE ARKANSAS, L.L.C., a/k/a DIRECT<br>MARINE SERVICES, L.L.C., a Corporation;<br>SANDRA HESS, Individually; RAUL<br>HURTADO, Individually; CORNEL MARTIN,<br>Individually; HOPE MARTIN, Individually;<br>LINCOLN MARTIN, JR., Individually;<br>JESUS SAUCEDO, Individually; JULIO<br>RIVERA, Individually; PEARL YOUNG,<br>Individually; FALCON STEEL, INC., a<br>Corporation; J. RUSSELL FLOWERS, INC.,<br>a Corporation; U.S. TECHNOLOGY MARINE<br>SERVICES, L.L.C., a Corporation;<br>RAYMOND F. WILLIAMS TRUST, a Trust; and<br>ROGERS INDUSTRIAL, INC., a Corporation | DEFENDANTS |

**O R D E R**

Now on this 8th day of April, 2010, comes on for consideration plaintiff's **Notice Of Dismissal** (document #21), and the Court, being well and sufficiently advised, finds that plaintiff's claims against Cornel Martin; Hope Martin; Lincoln Martin, Jr.; and Jesus Sauceda, should be, and same hereby are, **dismissed without prejudice.**

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　/s/ Jimm Larry Hendren
　　　　　　　　　　　　　　　　　　　　JIMM LARRY HENDREN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE