UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| v. | ) ) ) | NO. 2:09-cv-02161-JLH |
| DIRECT WORKFORCE, INC. f/k/a DIRECT MARINE ARKANSAS, L.L.C a/k/a DIRECT MARINE SERVICES, L.L.C., a Corporation, SANDRA HESS, Individually, RAUL HURTADO, Individually, JULIO RIVERA, Individually, PEARL YOUNG, Individually, and FALCON STEEL, INC., a Corporation | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## SECOND AMENDED COMPLAINT

Plaintiff, Hilda L. Solis, Secretary of Labor, United States Department of Labor, brings this action to enjoin the Defendant, Direct Workforce, Inc. f/k/a Direct Marine Arkansas, L.L.C a/k/a Direct Marine Services, L.L.C. ("Direct Workforce"), and Direct Workforce's officers Sandra Hess, Raul Hurtado, Julio Rivera, and Pearl Young, their officers, agents, servants, employees, and all persons in active concert or participation with them from violating the provisions of Sections 6, 7, 15(a)(1) and 15(a)(2) of the Fair Labor Standards Act of 1938, as amended , 29 U.S.C. § 201, *et seq.*, hereinafter referred to as the Act, and to restrain Defendants Direct Workforce, Sandra Hess, Raul Hurtado, Julio Rivera, and Pearl Young from withholding payment of minimum wage and or overtime compensation found by the Court to be due employees under the Act and an equal amount as liquidated damages due to the employees who are named in the attached Exhibit A. Plaintiff additionally brings this action to enjoin Defendant

Falcon Steel, Inc. pursuant to Section 17 of the Act, 29 U.S.C. § 217, from violating Section 15(a)(1) of the Act, 29 U.S.C. § 215(a)(1).

## **JURISDICTION**

I.

Jurisdiction of this action is conferred upon the Court by Section 17 of the Act, 29 U.S.C. § 217, and 28 U.S.C. §§ 1331 and 1345.

II.

1. Defendant, Direct Workforce, is now, and at all times hereinafter mentioned was, a corporation with a place of business and doing business at, 6600 Grand Avenue, Fort Smith, Arkansas 72904, Sebastian County, within the jurisdiction of this Court.

2. Defendant, Direct Workforce, operates now, and at all times hereinafter mentioned, a corporate headquarters located at 132 Industrial Boulevard, Houma, Louisiana 70363.

3. Defendant, Direct Workforce, operates now, and at all times hereinafter mentioned, a manufacturing facility located at 132 Industrial Boulevard, Houma, Louisiana 70363.

4. Defendant, Sandra Hess has a place of business and doing business in Sebastian County at 6600 Grand Avenue, Fort Smith, Arkansas 72904, within the jurisdiction of this Court, where Sandra Hess is, and at all times hereinafter mentioned was, an officer of Defendant Direct Workforce and actively manages, supervises and directs the business affairs and operations of Defendant Direct Workforce. Sandra Hess acts and has acted, directly and indirectly, in the

interest of Defendant, Direct Workforce in relation to its employees and is an employer of these employees within the meaning of the Act.

5. Defendant, Raul Hurtado has a place of business and doing business in Sebastian County at 6600 Grand Avenue, Fort Smith, Arkansas 72904, within the jurisdiction of this Court, where Raul Hurtado is, and at all times hereinafter mentioned was, an officer of Defendant Direct Workforce and actively manages, supervises and directs the business affairs and operations of Defendant Direct Workforce. Raul Hurtado acts and has acted, directly and indirectly, in the interest of Defendant, Direct Workforce in relation to its employees and is an employer of these employees within the meaning of the Act.

6. Defendant, Julio Rivera has a place of business and doing business in Sebastian County at 6600 Grand Avenue, Fort Smith, Arkansas 72904, within the jurisdiction of this Court, where Julio Rivera is, and at all times hereinafter mentioned was, an officer of Defendant Direct Workforce and actively manages, supervises and directs the business affairs and operations of Defendant Direct Workforce. Julio Rivera acts and has acted, directly and indirectly, in the interest of Defendant, Direct Workforce in relation to its employees and is an employer of these employees within the meaning of the Act.

7. Defendant, Pearl Young has a place of business and doing business in Sebastian County at 6600 Grand Avenue, Fort Smith, Arkansas 72904, within the jurisdiction of this Court, where Pearl Young is, and at all times hereinafter mentioned was, an officer of Defendant Direct Workforce and actively manages, supervises and directs the business affairs and operations of Defendant Direct Workforce. Pearl Young acts and has acted, directly and indirectly, in the

interest of Defendant, Direct Workforce in relation to its employees and is an employer of these employees within the meaning of the Act.

8. Defendant, Falcon Steel, Inc. is doing business in Sebastian County at 6600 Grand Avenue, Fort Smith, Arkansas 72904, within the jurisdiction of this Court.

## **COVERAGE**

### I.

At all times hereinafter mentioned, Defendant Direct Workforce has been an enterprise within the meaning of Section 3(r) of the Act, 29 U.S.C. § 203(r), in that Direct Workforce has been, through unified operation or common control, engaged in the performance of related activities for a common business purpose.

### II.

At all times hereinafter mentioned, Defendant Direct Workforce has been an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s)(1) of the Act, 29 U.S.C. § 203(s)(1), in that said enterprise has had employees engaged in commerce or in the production of goods for commerce, or employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person and in that said enterprise has had and has an annual gross volume of sales made or business done of not less than $500,000 (exclusive of excise taxes at the retail level which are separately stated).

III.

At all times hereinafter mentioned, Defendant Falcon Steel, Inc. has been an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s)(1) of the Act, 29 U.S.C. § 203(s)(1), in that said enterprise has had employees engaged in commerce or in the production of goods for commerce, or employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person and in that said enterprise has had and has an annual gross volume of sales made or business done of not less than $500,000 (exclusive of excise taxes at the retail level which are separately stated).

**<u>DEFENDANTS DIRECT WORKFORCE, SANDRA HESS, RAUL HURTADO, JULIO RIVERA, AND PEARL YOUNG</u>**

I.

During the period since September 21, 2009, Defendants Direct Workforce, Sandra Hess, Raul Hurtado, Julio Rivera, and Pearl Young have violated and are violating the provisions of Sections 6 and 15(a)(2) of the Act, 29 U.S.C. §§ 206 and 215(a)(2), by paying employees employed in an enterprise engaged in commerce or in the production of goods for commerce within the meaning of the Act at rates less than the minimum hourly rates required by Section 6 of the Act.

II.

During the period since September 21, 2009, Defendants Direct Workforce, Sandra Hess, Raul Hurtado, Julio Rivera, and Pearl Young have violated and are violating the provisions of

Sections 7 and 15(a)(2) of the Act, 29 U.S.C. §§ 207 and 215(a)(2), by employing employees in an enterprise engaged in commerce or in the production of goods for commerce within the meaning of the Act for workweeks longer than forty hours without compensating such employees for their employment in excess of forty hours per week at rates not less than one and one-half times the regular rates at which they were employed.

III.

As a result of the violations of the Act, minimum wages and overtime has been unlawfully withheld by Defendants Direct Workforce, Sandra Hess, Raul Hurtado, Julio Rivera, and Pearl Young from their employees located at 6600 Grand Avenue, Fort Smith, Arkansas 72904, in Sebastian County, and 132 Industrial Boulevard, Houma, Louisiana 70363, in Terrebonne Parish.

IV.

During the period from September 21, 2009, Defendants Direct Workforce, Sandra Hess, Raul Hurtado, Julio Rivera, and Pearl Young have violated the provisions of Sections 15(a)(1) of the Act, 29 U.S.C. 215(a)(1), in that they have transported, offered for transportation, shipped, delivered or sold in commerce, or will ship, deliver or sell with knowledge that shipment, delivery and sale thereof in commerce was intended, goods in the production of which many of Defendant's employees were employed in violation of Sections 6, 7 and 15(a)(2) of the Act, 29 U.S.C. § 206 and § 207, as herein above alleged.

**DEFENDANT FALCON STEEL, INC.**

On January 13, 2010 at a Commissioner's Sale held in Fort Smith, Arkansas, Defendant Falcon Steel, Inc. successfully bid on a barge composed of section numbers HD123, HD124,

HD125, and HD126, which was produced by Defendant Direct Workforce in violation of Sections 6 and 7 of the FLSA, 29 U.S.C. §§ 206 and 207. Accordingly, Plaintiff seeks to enjoin Defendant Falcon Steel, Inc. under Section 17 of the Act, 29 U.S.C. § 217, to prevent the movement and/or the placement of the above-referenced barge into interstate commerce in violation of Section 15(a)(1) of the Act, 29 U.S.C. § 215(a)(1).

## **PRAYER**

WHEREFORE, cause having been shown, Plaintiff prays for judgment against Defendants, Direct Workforce, Inc. f/k/a Direct Marine Arkansas, L.L.C a/k/a Direct Marine Services, L.L.C. ("Direct"), Direct Workforce's officers Sandra Hess, Raul Hurtado, Julio Rivera, and Pearl Young, and Falcon Steel, Inc.:

1. For an Order pursuant to Section 17 of the Act permanently enjoining and restraining Defendants Direct Workforce, Sandra Hess, Raul Hurtado, Julio Rivera, and Pearl Young, their officers, agents, servants, employees, and those persons in active concert or participation with Defendants Direct Workforce, Sandra Hess, Raul Hurtado, Julio Rivera, and Pearl Young, from violating sections 6, 7, 15(a)(1), and 15(a)(2) of the Act;

2. For an Order pursuant to Section 16(c) of the Act finding Defendants Direct Workforce, Sandra Hess, Raul Hurtado, Julio Rivera, and Pearl Young liable for unpaid minimum wages and overtime compensation due to Defendants' employees and for the liquidated damages equal in amount to the unpaid compensation found due Defendants' employees listed in the attached Exhibit A (additional liquidated damages may be owed to certain employees presently unknown to Plaintiff for the period covered by this Complaint); or in the event liquidated damages are not awarded;

3. For an Order pursuant to Section 17 enjoining and restraining Defendants Direct Workforce, Sandra Hess, Raul Hurtado, Julio Rivera, and Pearl Young from withholding payment of unpaid minimum wages and overtime compensation found due Defendants' Direct Workforce, Sandra Hess, Raul Hurtado, Julio Rivera, and Pearl Young employees and pre-judgment interest computed at the underpayment rate established by the Secretary of Treasury pursuant to 26 U.S.C. § 6621;

4. Permanently enjoining Defendant Falcon Steel, Inc. their agents, servants, employees and all persons in active concert or participation with them from violating the provisions of Sections 15(a)(1) of the Act;

5. For an Order awarding Plaintiff the costs of this action; and

6. For an Order granting such other and further relief as may be necessary and appropriate.

Respectfully Submitted,

M. PATRICIA SMITH
Solicitor of Labor

JAMES E. CULP
Regional Solicitor

MARGARET TERRY CRANFORD
Counsel for Wage and Hour

By:


/s/ Lindsay A. Wofford
LINDSAY A. WOFFORD
Trial Attorney-in-Charge
TX Bar No. 24037059
Email:  wofford.lindsay@dol.gov

AMY S. HAIRSTON
Senior Trial Attorney
Texas Bar No. 24027954
Email:  hairston.amy@dol.gov

U.S. Department of Labor
Office of the Solicitor
525 Griffin Street, Suite 501
Dallas, TX  75202
(972) 850-3100
(972) 850-3101-fax

Attorneys for Plaintiff.

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 30th day of July, 2010, a true and correct copy of the foregoing pleading of the Secretary has been forwarded via electronic mail transmission and/or via mail to the parties or counsel of record for all parties, addressed as follows:

    Direct Marine Services, LLC
    132 Industrial Boulevard
    Houma, Louisiana 70363
    Facsimile: (985) 868-1502

    Sandra Hess
    203 Rue D Iberville
    Houma, LA 70360-4038

    Pearl Young
    132 Industrial Boulevard
    Houma, Louisiana 70363
    Facsimile: (985) 868-1502
    Email: peayoung@bellsouth.net

    Raul Hurtado
    132 Industrial Boulevard
    Houma, Louisiana 70363
    Facsimile: (985) 868-1502

    Julio Rivera
    231 Ansley Place Court
    Houma, LA 70360-2935

    Stephen B. Niswanger
    Niswanger Law Firm, PLC
    5 Innwood Circle, Suite 110
    Little Rock, Arkansas 72211
    Facsimile: (501) 421-3651
    Email: steve@niswangerlawfirm.com

                                          /s/ Lindsay A. Wofford
                                          LINDSAY A. WOFFORD