```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

HILDA L. SOLIS, Secretary of Labor,
United States Department of Labor                     PLAINTIFF

         v.           Civil No. 09-2161

DIRECT WORKFORCE, INC., f/k/a DIRECT
MARINE ARKANSAS, L.L.C., a/k/a DIRECT
MARINE SERVICES, L.L.C., a Corporation;
SANDRA HESS, Individually; RAUL
HURTADO, Individually; CORNEL MARTIN,
Individually; HOPE MARTIN, Individually;
LINCOLN MARTIN, JR., Individually;
JESUS SAUCEDO, Individually; JULIO
RIVERA, Individually; PEARL YOUNG,
Individually; FALCON STEEL, INC., a
Corporation                                          DEFENDANTS

## DEFAULT JUDGMENT

On the 16th day of December, 2011, **Plaintiff's Motion For Default Judgment Against Direct Workforce, Inc., Sandra Hess, Raul Hurtado, Julio Rivera, and Pearl Young** (document #40) came on for hearing on the issue of damages, the Court having determined by Order dated November 3, 2010, that default judgment against these defendants was appropriate.

Plaintiff appeared by and through its counsel; defendants appeared not.  From the evidence adduced at the hearing, the Court finds that plaintiff is entitled to judgment in the amount of Ninety-Three Thousand Eight Hundred Eighty-Seven and 77/100 Dollars ($93,887.77) as against Direct Workforce, Inc., Sandra Hess, Raul Hurtado, Julio Rivera, and Pearl Young.

**IT IS THEREFORE ORDERED** that plaintiff Hilda L. Solis,

Secretary of Labor, United States Department of Labor, have and recover judgment against Direct Workforce, Inc., Sandra Hess, Raul Hurtado, Julio Rivera, and Pearl Young in the amount of Ninety-Three Thousand Eight Hundred Eighty-Seven and 77/100 Dollars ($93,887.77), with interest thereon at the rate of .29% per annum from the date of this Default Judgment until paid, for all of which execution may issue.

**IT IS SO ORDERED**, this 14th day of January, 2011.

                                         **/s/ Jimm Larry Hendren**
                                         **JIMM LARRY HENDREN**
                                         **UNITED STATES DISTRICT JUDGE**